IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN, MILWAUKEE DIVISION

| | | |
|---|---|---|
| **MELISSA MALCZEWSKI** | ) | |
| | ) | |
|     *Plaintiff / Counter-Defendant* | ) | Case No. 2:21-cv-01215-JPS |
| | ) | |
|     *v.* | ) | Judge J. P. Stadtmueller |
| | ) | |
| **HARTFORD LIFE AND ACCIDENT** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | |
|     *Defendant / Counter-Plaintiff* | ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Melissa Malczewski ("Plaintiff"), and defendant, Hartford Life and Accident Insurance Company ("Hartford"), hereby stipulate and agree to the dismissal of Plaintiff's Complaint with prejudice, dismissal of Hartford's Counterclaim including Hartford's counterclaim to recover overpaid benefits with prejudice, and dismissal of the above captioned lawsuit, with prejudice, each party to bear his/its own costs and attorneys' fees.

Respectfully submitted,

By: */s/ William E. Parsons*
    Attorney for Plaintiff,
    Melissa Malczewski

William E. Parsons (#1048594)
Hawks Quindel, S.C.
409 East Main Street, P.O. Box 2155
Madison, WI 53701-2155
P: (608) 257-0040
wparsons@hq-law.com

By: */s/ Warren von Schleicher*
    Attorney for Defendant,
    Hartford Life and Accident Insurance
    Company

Warren von Schleicher (IL 6197189)
SMITH | VON SCHLEICHER + ASSOCIATES
180 North LaSalle Street, Suite 3130
Chicago, Illinois 60601
P: (312) 541-0300
warren.vonschleicher@svs-law.com

## CERTIFICATE OF SERVICE

I certify that on April1, 2022, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following attorneys:

William E. Parsons
Naomi R. Smith
Hawks Quindel, S.C.
409 East Main Street
P.O. Box 2155
Madison, WI 53701
wparsons@hq-law.com
nsmith@hq-law.com

>*/s/ William E. Parsons*
>William E. Parsons (#1048594)
>wparsons@hq-law.com
>Hawks Quindel, S.C.
>409 East Main Street, P.O. Box 2155
>Madison, WI 53701-2155
> P:  (608) 257-0040